**No. 39991.**—Protest 768982–G of Fred'k Loeser & Co., Inc. (New York).

Opinion by Tilson, J. From the record it was found that the merchandise consists of outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). It was held dutiable at the appropriate rate under paragraph 1114 as claimed.

**No. 39992.**—Protests 494628–G, etc., of E. G. Hindle, Ltd., Inc. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 39993.**—Protests 851804–G, etc., of Eugene Dietzgen Co., Inc. (New York).

Opinion by Kincheloe, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) the protests were dismissed.

**No. 39994.**—Protests 768020–G, etc., of Frank P. Dow Co., Inc., et al. (Seattle).

Opinion by Kincheloe, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) the protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 2, 1938

**No. 39995.**—Protest 912949–G of John S. Connor (Baltimore).

Opinion by Cline, J. It appeared that the merchandise is copra the product of the Dutch East Indies. It was packed in bags marked "Produce of N. E. I." The courts having consistently held that the initials of the country of origin alone are not sufficient as a marking legend, the protest was overruled. *American Burtonizing Co.* v. *United States* (13 Ct. Cust. Appls. 652, T. D. 41489) and Abstract 39461 followed. Abstracts 38243 and 32638 distinguished.

**No. 39996.**—Protest 944270–G of Helen R. Jacobi (New York).

Opinion by Cline, J. The protest was submitted without the introduction of evidence in support of the claim made. It was therefore overruled.

**No. 39997.**—Protest 701483–G of Fung Yuen Co. (Seattle).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) it was held that the broken rice in question is dutiable at five-eighths of 1 cent per pound under paragraph 727.